AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TAMIKO BOLTON,

    Petitioner,

              **V.**

WENDY JACKSON,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 125-298

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated May 28, 2026, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Accordingly, the Court dismisses Petitioner's motion filed pursuant to 28 U.S.C. § 2254. Further, the Court denies COA and IFP status on appeal. This case stands closed.

5/28/2026
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

*Martha C Monroe*
_____
*(By) Deputy Clerk*

GAS Rev 10/2020